# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

US v. Freeman, et al.

**FILED**
DEC 19 2007
Magistrate Judge Sidney I. Schenkier
United States District Court

Case Number: 07 CR 843-6

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

SENECCA WILLIAMS

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: Robert W Gray |
| NAME: RALPH J. SCHINDLER, JR. | NAME: Robert W Gray, Sr |
| FIRM: Law Office of Ralph J. Schindler Jr | FIRM: Law Office of Ralph J. Schindler Jr |
| STREET ADDRESS: 53 W Jackson Blvd #818 | STREET ADDRESS: 53 W Jackson Blvd #818 |
| CITY/STATE/ZIP: Chicago IL 60604 | CITY/STATE/ZIP: Chicago IL 60604 |
| TELEPHONE NUMBER: 312 554-1040 | TELEPHONE NUMBER: 312 554.1040 |
| FAX NUMBER: 312 554.1041 | FAX NUMBER: 312 554.1041 |
| E-MAIL ADDRESS: ralph.jschindler@sbcglobal.net | E-MAIL ADDRESS: rgray@schindlerlegal.com |
| IDENTIFICATION NUMBER: 2484471 | IDENTIFICATION NUMBER: 26381-45 (Indiana) |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☒ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |

| (C) | (D) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: Joshua M. Smith | NAME: |
| FIRM: Law Office of Ralph J. Schindler Jr | FIRM: |
| STREET ADDRESS: 53 W Jackson Blvd #818 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago IL 60604 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312.554.1040 | TELEPHONE NUMBER: |
| FAX NUMBER: 312.554.1041 | FAX NUMBER: |
| E-MAIL ADDRESS: jsmith@schindlerlegal.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6290793 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☒ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED
12-19-07
DEC 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT