# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: U.S. v.s. FREEMAN
FOR: SENECCA WILLIAMS
AT: US DIST. COURT - NORTHERN DISTRICT OF IL
07 CR 843

PERSON REPRESENTED (Show your full name): SENECCA WILLIAMS

☑ 1 Defendant—Adult
☐ 2 Defendant - Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☑ Felony
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other

FILED 12-19-07
DEC 19 2007
Magistrate Judge Sidney I. Schenkier
United States District Court

DOCKET NUMBERS
Magistrate: 07 CR 843-6
District Court
Court of Appeals

CHARGE/OFFENSE: 21 U.S.C. 841

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☑ Yes
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ 800
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED: None
SOURCES: _____
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
VALUE: _____
DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS — DEBTS & MONTHLY BILLS**
APARTMENT OR HOME: None
Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/19/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ x /s/ Senecca Williams

FILED DEC 19 2007 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT