# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 6 | **DATE** | 1/10/2008 |
| **CASE TITLE** | United States of America vs. Senecca Williams | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing reset to 1/18/08 at 12:00 p.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|