
**FILED**
**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



UNITED STATES MAGISTRATE COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07 CR 843-6 |
| ) | Hon. Sidney I. Schenkier |
| SENECCA WILLIAMS, aka "BOO BOO" ) | |
| ) | |

### WAIVER OF PRELIMINARY EXAMINATION

I, SENECCA WILLIAMS, state the following:

1) I have been informed of my right to have a preliminary examination/probable cause hearing conducted before United States Magistrate Judge Sidney I. Schenkier in the above captioned case, 07 CR 843-6.

2) I have had the opportunity to discuss this right with my attorney.

3) I wish to waive my right to a preliminary examination/probable cause hearing.

4) I do so knowingly and voluntarily.

Respectfully submitted:

_Senecca Williams_
Senecca Williams
Defendant

_Ralph Schindler_
Ralph Schindler
Attorney for Senecca Williams

Date: January 16, 2008