## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 6 | **DATE** | 1/16/2008 |
| **CASE TITLE** | United States of America vs. Senecca Williams | | |

**DOCKET ENTRY TEXT**

Defendant submits a waiver of preliminary examination. Enter waiver on preliminary examination. The Court enters a finding of probable cause. The defendant is bound to the district court for further proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|