UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 CR 843 |
| | ) | |
| SENECCA WILLIAMS | ) | Hon. Magistrate Judge Sidney Schenkier |
|     Defendants | ) | |

## NOTICE OF MOTION

To:    KRUTI TRIVEDI
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn Street
        Chicago, Illinois 60604

     Please take notice that on Tuesday, March 4, 2008, at the hour of 8:30 a.m., I will appear before the Honorable Magistrate Judge Sidney Schenkier in Room 1700 of the Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60602, and shall there present the following Motion:

**<u>DEFENDANT WILLIAM'S MOTION TO MODIFY CONDITIONS OF RELEASE AND PLACE DEFENDANT IN THE CUSTODY OF HIS UNCLE</u>**

A copy of which is hereby served upon you.

                Respectfully submitted,

                /s/ Ralph J. Schindler, Jr.

                Ralph J. Schindler, Jr.
                Attorney for SENECCA WILLIAMS

Law Offices of Ralph J. Schindler, Jr.
53 W. Jackson Street, Suite 818
Chicago, IL 60604
(312) 554-1040
Attorney No.: 2484471