# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 6 | **DATE** | 3/4/2008 |
| **CASE TITLE** | United States of America vs. Senecca Williams | | |

**DOCKET ENTRY TEXT**

Defendant's motion to modify conditions of release to change place of residence and custodian (doc # 125) is granted. Enter attached supplement to the conditions of release. All other conditions are to stand.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|