UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|     Plaintiff,       ) | |
|                    ) | No. 07 CR 843-6 |
| v.       ) | |
|                    ) | Hon. Judge Joan H. Lefkow |
| SENECCA WILLIAMS,       ) | Hon. Magistrate Judge Sidney Schenkier |
|     Defendant.       ) | |

**MOTION FOR A LIST OF WITNESSES**

Now Comes Defendant, SENECCA WILLIAMS, by and through his attorney, Ralph J. Schindler, Jr., moves this Honorable Court for the entry of an order requiring the government to produce a list of witnesses. In support of such Motion, Defendant does state the following:

    1. Solely in the exercise of its discretion, the trial Court may direct the government to produce a list of witnesses in advance of trial. *See United States v. Napue*, 834 F.2d 1311, 1381 (7th Cir 1987); *United States v. Turkish*, 458 F. Supp. 874, 881 (S.D.N.Y. 1978); *United States v. Price*, 448 F. Supp. 503 (D.Col. 1978).

    2. This power is necessarily implicit in any fair reading of Rules 16(b) and 7(f) of the Federal Rules of Criminal Procedure. *See*, e.g., *Will v. United States*, 389 U.S. 90 (1967); *United States v. Jackson*, 508 F.2d 1001, 1006 (7th Cir. 1975); *United States v. Beasley*, 519 F.2d 233, 246 n.11 (5th Cir. 1975); *United States v. Moseley*, 405 F.2d 506 (5th Cir. 1971).

    3. A witness list will promote judicial economy, enable the defendants to prepare more efficiently for trial, and streamline the trial – to the extent possible – in this case. *See United States v. Climatemp, Inc.*, 482 F.2d 376, 390 (N.D.Ill. 1979), aff'd *sub nom*, *United States v. Reliance Sheet Metal Works, Inc.*, 705 F.2d 461 (7th Cir. 1979) (list of witnesses would enable

the court to determine with some degree of accuracy, the length of time to be allocated for trial and would expedite the trial by fostering a more purposeful cross-examination).

    4. A list of witnesses will also ensure that the defendant is provided with effective assistance of counsel. A list of witnesses is especially appropriate in this case, because the defendant does not know the identity of all the government's witnesses and the trial proposes to be lengthy. Accordingly, the government should be ordered to produce a list of witnesses before trial. See <u>United States v. Savides</u>, 661 F.Supp. 1024 (N.D. Ill. 1987) (ordering government to produce list of witnesses in large scale drug case so that counsel may provide competent representation and conduct meaningful investigation).

    WHEREFORE, Defendant prays for the entry of an order requiring the government to provide a list of witnesses to allow Defendant time to better prepare for trial of this matter.

    Respectfully Submitted,

    /s/ Ralph J. Schindler, Jr.

    Ralph J. Schindler, Jr.
    Attorney for SENECCA WILLIAMS

Law Offices of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Atty. No.: 2484471