UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 843-6 |
| v. | ) | |
| | ) | Hon. Judge Joan H. Lefkow |
| SENECCA WILLIAMS, | ) | Hon. Magistrate Judge Sidney Schenkier |
| Defendant. | ) | |

**MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS**

Now comes the Defendant, SENECCA WILLIAMS, by his attorney Ralph J. Schindler, Jr., and respectfully moves this Honorable Court to grant defendant, SENECCA WILLIAMS, leave to adopt motions of Co-Defendants to the extent such Motions are not incompatible with the motions presented on behalf of Mr. WILLIAMS by his appointed counsel.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

Ralph J. Schindler, Jr.
Attorney for SENECCA WILLIAMS

Law Offices of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Atty. No.: 2484471