UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 843-6 |
| v. | ) | |
| | ) | Hon. Judge Joan H. Lefkow |
| SENECCA WILLIAMS, | ) | Hon. Magistrate Judge Sidney Schenkier |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

Now comes the Defendant SENECCA WILLIAMS, by his attorney Ralph J. Schindler, Jr., and respectfully moves this Honorable Court to grant defendant, SENECCA WILLIAMS, leave to file additional motions to the extent they become necessary and pertinent.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

Ralph J. Schindler, Jr.
Attorney for SENECCA WILLIAMS

Law Offices of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Atty. No.: 2484471