UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 843-6 |
| v. | ) | |
| | ) | Hon. Judge Joan H. Lefkow |
| SENECCA WILLIAMS, | ) | Hon. Magistrate Judge Sidney Schenkier |
| Defendant. | ) | |

**NOTICE OF FILING**

To: **SEE SERVICE LIST ATTACHED**

Please take notice that on Tuesday, July 29, 2008, I did file with the Clerk of the District Court for the Northern District of Illinois the following:

**MOTION FOR PRODUCTION OF FAVORABLE EVIDENCE**
**MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO SUBMIT TO A *SANTIAGO* PROFFER**
**MOTION FOR A LIST OF WITNESSES**
**MOTION FOR NOTICE OF INTENT TO USE EXPERT WITNESS TESTIMONY AND FOR A *DAUBERT* HEARING ON ANY SUCH OPINIONS**
**MOTION TO SEVER**
**MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS**
**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

A copy of which is hereby served upon you.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

Ralph J. Schindler, Jr.
Attorney for SENECCA WILLIAMS

Law Offices of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Atty. No.: 2484471

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 843-6 |
| v. | ) | |
| | ) | Hon. Judge Joan H. Lefkow |
| SENECCA WILLIAMS, | ) | Hon. Magistrate Judge Sidney Schenkier |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Ralph J. Schindler, Jr., an attorney, do certify that I did serve a copy of the following:

**MOTION FOR PRODUCTION OF FAVORABLE EVIDENCE**
**MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO SUBMIT TO A**
***SANTIAGO* PROFFER**
**MOTION FOR A LIST OF WITNESSES**
**MOTION FOR NOTICE OF INTENT TO USE EXPERT WITNESS TESTIMONY AND**
**FOR A *DAUBERT* HEARING ON ANY SUCH OPINIONS**
**MOTION TO SEVER**
**MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS**
**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

upon:   Ms. Rachel Cannon
Assistant U.S. Attorney
219 S. Dearborn 5th Floor
Chicago, Illinois 60602

and upon all other parties entitled to be served by electronic filing of such motion in accordance with Fed. R. Civ. P. 5 and LR 5.5 and the General Order on Electronic Case Filing (ECF) on this 29th Day of July, 2008.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

Ralph J. Schindler, Jr.
Attorney for SENECCA WILLIAMS

Law Offices of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Atty. No.: 2484471